

# NUMBER 13-21-00072-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

---

**IN RE C.A. WINN FAMILY ENTERPRISES, LTD.,
TOM C. WINN FAMILY ENTERPRISES, LTD.,
AND SOUTHERN WINN FAMILY ENTERPRISES, LTD.**

---

**On Petition for Writ of Mandamus.**

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam**

On March 8, 2021, relators C.A. Winn Family Enterprises, Ltd., Tom C. Winn Family Enterprises, Ltd., & Southern Winn Family Enterprises, Ltd. filed a petition for writ of mandamus seeking to compel the trial court to vacate its venue order transferring the underlying case from Nueces County, Texas, to Bexar County, Texas.

The Court requests that the real parties in interest, Lloyd Gillespie, 2350 Senator Partners, L.L.C., and Gillespie Partners, Ltd., or any others whose interest would be

directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
9th day of March, 2021.